DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLIANCE MARINE SERVICES LTD.,

Plaintiff,

- against -

SHEBAH EXPLORATION AND PRODUCTION
COMPANY LIMITED,

Defendant.
-----------------------------------------------------------------X

**ECF CASE**

07 Civ.

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299
Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons &
Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and
Garnishment, and other process in this action, and it appearing that an employee or designate of
Gotham Process Services or an employee of Lyons & Flood, LLP is a qualified person over 18
years of age and is not a party to this action and that the expediting of the service of process will
result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York
10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby
appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and
Garnishment, and other process in this action.

Dated: October 10, 2007

SO ORDERED

_____
U.S.D.J.