USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLIANCE MARINE SERVICES LTD.,

                            Plaintiff,             07 Civ. 8738(RMB)

     - against -

SHEBAH EXPLORATION AND PRODUCTION
COMPANY LIMITED,
a/k/a SHEBAH,
a/k/a SHEBAH EXPLORATION,
a/k/a SHEBAH EXPLORATION + PROD.CO.LTD.,
a/k/a SEPCO,
a/k/a SHEBAH EXPLORATION AND PRODUCTION CO. LTD.,
a/k/a SHEBAH EXPLORATION + PRODUCTION CO. LTD.,

                            Defendant.
------------------------------------------------------------------X

**ECF CASE**

### AMENDED EX PARTE ORDER FOR PROCESS OF
### MARITIME ATTACHMENT AND GARNISHMENT

**WHEREAS**, on November 2, 2007, plaintiff, ALLIANCE MARINE SERVICES LTD. ("ALLIANCE MARINE"), filed an Amended Verified Complaint herein for damages amounting to $7,115,206.23 inclusive of interest, costs, and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Amended Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of defendant's tangible and intangible property within the District of this Court; and

**WHEREAS**, the attorney for plaintiff has filed a supporting Affirmation describing the efforts made by and on behalf of the plaintiff to find and serve the defendant within the District;

MICROFILM
NOV - 5 2007

and

**WHEREAS,** the Court has reviewed the Amended Verified Complaint and the supporting Affirmation and the conditions of Supplemental Admiralty Rule B appearing to exist; it is hereby

**ORDERED**, that the Amended Process of Maritime Attachment and Garnishment shall issue against all tangible and intangible property of the defendant within this District, including the garnishees listed in Attachment "A" here to and to the Amended Process of Maritime Attachment and Garnishment and/or any other garnishee(s) on whom a copy of the Amended Ex Parte Order for Process of Attachment and Garnishment in an amount up to and including $7,115,206.23 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED,** that supplemental process enforcing the Court's Amended Ex Parte Order for Process of Maritime Attachment and Garnishment may be issued by the Clerk upon application of the plaintiff without further Order of the Court; and it is further

**ORDERED,** that a copy of this Amended Ex Parte Order for the process of Maritime Attachment and Garnishment be attached to and served with said Process of Maritime Attachment and Garnishment; and it is further

**ORDERED,** that following the initial service upon any garnishee by the United States Marshal or any other person designated by Order to make service in this action, supplemental

service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED,** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made, commencing from the time of such service through the close of the garnishee's business the next business day.

Dated: New York, New York
      November 2, 2007



SO ORDERED:

_____
U.S.D.J.

U:\kmhldocs\2602004\Pleadings\Attachment Order.doc

- 3 -

## ATTACHMENT "A"

Citibank
399 Park Avenue
New York, NY 10022

Credit Suisse
Eleven Madison Avenue
New York, NY 10010-3629

Bank of America
c/o Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10002

Bank of New York
1 Wall Street
New York, NY 10286

JP Morgan Chase Bank
One Chase Manhattan Plaza
New York, NY

HSBC (USA)
120 Broadway
New York, NY

Wachovia Bank
360 Madison Avenue
New York, NY 10017

Barclay's Bank
200 Park Avenue
New York, NY 10166

Standard Chartered Bank
1 Madison Avenue
New York, NY 10010

Deutsche Bank
60 Wall Street
New York, NY 10006

Fortis Bank
520 Madison Avenue
New York, NY 10022

UBS
299 Park Avenue
New York, NY 10171