UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLIANCE MARINE SERVICES LTD.,

                                  Plaintiff,                ECF CASE

        - against -                                 07 Civ. 8738 (RMB)

SHEBAH EXPLORATION AND PRODUCTION
COMPANY LIMITED,
a/k/a SHEBAH,
a/k/a SHEBAH EXPLORATION,
a/k/a SHEBAH EXPLORATION + PROD.CO.LTD.,
a/k/a SEPCO,
a/k/a SHEBAH EXPLORATION AND PRODUCTION CO. LTD.,
a/k/a SHEBAH EXPLORATION + PRODUCTION CO. LTD.,
a/k/a SEPCOL,
a/k/a SHEBAH EXPLORATION & PRODUCTION CO.,

                                  Defendant.
------------------------------------------------------------------X

## SECOND AMENDED ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, to serve the Second Amended Verified Complaint, Summons, Second Amended Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP is a qualified person over 18 years of age and is not a party to this action and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby appointed to serve the Second Amended Verified Complaint, Summons, Second Amended

Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: November 8, 2007

SO ORDERED:

_____RMB_____
U.S.D.J.

*Richard M. Berman*