Berman/T

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
ALLIANCE MARINE SERVICES LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIANCE MARINE SERVICES LTD.,                    ECF CASE

                Plaintiff,

- against -                                                       07 Civ. 8738 (RMB)

SHEBAH EXPLORATION AND PRODUCTION
COMPANY LIMITED,
a/k/a SHEBAH,
a/k/a SHEBAH EXPLORATION,
a/k/a SHEBAH EXPLORATION + PROD.CO.LTD.,
a/k/a SEPCO,
a/k/a SHEBAH EXPLORATION AND PRODUCTION CO. LTD.,
a/k/a SHEBAH EXPLORATION + PRODUCTION CO. LTD.,
a/k/a SEPCOL,
a/k/a SHEBAH EXPLORATION & PRODUCTION CO.,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/03/2007

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: December 3, 2007

SO ORDERED
RMB
USDJ
12/3/07

Respectfully submitted,

LYONS & FLOOD, LLP
Attorneys for Plaintiff

By: _____
Kirk M. Lyons (KL-1568)
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

U:\kmh\docs\2602004\Pleadings\Notice of Voluntary Dismissal.doc

